IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAPPHIRE CROSSING LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABBYY USA SOFTWARE HOUSE, INC.,<br><br>Defendant. | Case No. 4:20-CV-03590<br><br>**ORDER GRANTING STIPULATION OF DIMISSAL** |

Pursuant to the stipulation of the parties filed at Docket No. 35, this action is DISMISSED in its entirety WITH PREJUDICE.  Further, each party will bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: January 12, 2021

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE